IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CALVIN MILAM,** **PLAINTIFF**
**EVERETT HORTON,**
**DAVID BRUCE, and**
**STEVEN TRUJILLO**

v.                        CASE NO. 4:18-CV-00312 BSM

**ARKANSAS UTILITY**
**PROTECTION SERVICES, INC.**                **DEFENDANT**

**ORDER**

For the reasons given at the fairness hearing held on Wednesday, April 24, 2019, and discussed in the order certifying the class and granting preliminary approval of the class settlement [Doc. No. 11], final approval of the class settlement is granted. *See In re Wireless Tel. Fed. Cost Recovery Fees Litig.*, 396 F.3d 922, 932 (8th Cir. 2005). The parties gave notice to all class members and received no objections. Ten class members requested exclusion.

The settlement agreement is hereby approved in its entirety. Further, the award of costs and fees is granted. *See* Doc. No. 11. The case is dismissed with prejudice, and jurisdiction is retained to enforce the settlement terms. The parties shall file notice of satisfaction of the settlement agreement's terms.

IT IS SO ORDERED this 2nd day of May 2019.

UNITED STATES DISTRICT JUDGE