IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CALVIN MILAM,** **PLAINTIFF**
**EVERETT HORTON,**
**DAVID BRUCE, and**
**STEVEN TRUJILLO**

v.  CASE NO. 4:18-CV-00312 BSM

**ARKANSAS UTILITY**
**PROTECTION SERVICES, INC.** **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 2nd day of May 2019.

_____
UNITED STATES DISTRICT JUDGE